UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26 CR 94 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MELINDA WILLIAMS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Reuben J. Sheperd, regarding the change of plea hearing of Melinda Williams, which was referred to the Magistrate Judge with the consent of the parties.

On February 26, 2026 the government filed a 2-count Information against Ms. Williams, charging her with Access Device Fraud, in violation of Title 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i). Defendant was arraigned on April 1, 2026 before Magistrate Judge Sheperd, and entered a plea of guilty to counts 1 and 2 of the Information, with a written plea agreement. Magistrate Judge Sheperd issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Melinda Williams is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea.  There is an adequate

factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Melinda Williams is adjudged guilty to counts 1 and 2 of the Information, in violation of Title 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 30, 2026, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 15, 2026